# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anita E. Castillo <br>      Debtor | CHAPTER 13 <br><br> BKY. NO. 18-23689 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

            Respectfully submitted,

            **/s/James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            jwarmbrodt@kmllawgroup.com