# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | ANITA E. CASTILLO |
| Case Number: | 18-23689-GLT     Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 28, 2019 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#7 - Final Confirmation of Plan Dated 9/18/2018 (NFC)
#22 - Objection by Toyota Motor Credit Corp.
#26 - Objection by The Bank of New York Mellon
R / M #:  7 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _7-18_ at _9:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continue for resolution of escrow question - Counsel believes this has been cancelled and should not be paid.