| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s): <br><br> Anita E. Castillo | Case Number: <br><br> 2:2018-bk-23689 | |
| Name of Creditor: <br><br> The Bank of New York Mellon c/o || |
| Name of Current Servicer of account: <br> PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent: <br><br> PHH Mortgage Corporation <br> ATTN Bankruptcy Department <br> PO Box 24605 <br> West Palm Beach, FL 33416 <br><br> Telephone Number: 855-689-7367 <br><br> Prior notice address: <br><br> 1 Mortgage Way <br> Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent: <br><br> PHH Mortgage Services <br> PO Box 24781 <br> ATTN: SV 19 <br> West Palm Beach, FL 33416 <br><br> Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  9688** || _ Check this box if the account number has changed. |
| **2.    Court Claim Number:  9** |||
| **3.    Signature:** <br><br> Check the appropriate box. <br>        I am the creditor. <br>    X   I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.) <br>        I am the trustee, or the debtor. <br>        I am a guarantor, surety, endorser, or other codebtor. <br><br> By:   /s/ John Shelley                        Date:  02/10/2023 <br>        Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 18-23689

Anita E. Castillo  CHAPTER: 13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Anita E. Castillo<br>316 Broadway Avenue<br>Mc Kees Rocks, PA 15136 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Shawn N. Wright<br>7240 McKnight Road<br>Pittsburgh, PA 15237 |
| *Trustee:* | *By CM / ECF Filing:* |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)