Cavalry Portfolio Services, LLC



1 American Lane
Suite 220
Greenwich, CT 06831
Phone: 800.501.0909

August 28, 2023

US Bankruptcy Court Clerk,
Western District of Pennsylvania
**WITHDRAWAL OF PROOF OF CLAIM**

Re: Anita E. Castillo
Case Number **18-23689**
To the Clerk of the Court,

Please be advised that this letter is the written request from, Cavalry SPV I, LLC, to withdraw claim # 1 claim amount 1793.19, date filed September 21, 2018.

If you have any questions, please contact, Cavalry SPV I, LLC, at 1-800-501-0909.

Respectfully,

/s/ Carolyn Harris
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Shawn N. Wright**
7240 McKnight Road
Pittsburgh, PA 15237