

Cavalry Portfolio Services, LLC

1 American Lane
Suite 220
Greenwich, CT 06831
Phone: 800.501.0909

FILED
8/29/23 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

August 28, 2023

US Bankruptcy Court Clerk,
Western District of Pennsylvania
**WITHDRAWAL OF PROOF OF CLAIM**

Re: Anita E. Castillo
Case Number **18-23689**
To the Clerk of the Court,

Please be advised that this letter is the written request from, Cavalry SPV I, LLC, to withdraw claim # 1 claim amount 1793.19, date filed September 21, 2018.

If you have any questions, please contact, Cavalry SPV I, LLC, at 1-800-501-0909.

Respectfully,

/s/ Carolyn Harris
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Shawn N. Wright**
7240 McKnight Road
Pittsburgh, PA 15237

SO ORDERED
August 29, 2023

Gregory L. Waddonio    jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anita E. Castillo  
    Debtor

Case No. 18-23689-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Aug 29, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anita E. Castillo, 316 Broadway Avenue, Mc Kees Rocks, PA 15136-3002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Anita E. Castillo shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 29, 2023 Form ID: pdf900 Total Noticed: 1

Thomas Song on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. pawb@fedphe.com

TOTAL: 6