IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Anita E. Castillo, | : | BK NO.: 18-23689 |
|               Debtor | : | |
| Anita E. Castillo, | : | Chapter 13 |
|               Movant | : | |
|   vs. | : | |
| | : | |
| Bank of New York Mellon; Toyota Financial | : | Hrg: 10/18/2023 @ |
| Services; Duquesne Light Company; Citibank Sears: | | 10 am |
| Discover Bank; Scolopax; TD Retail Bank; | : | |
| One Main Financial; Cavalry Portfolio; | : | |
| Verizon; Department Stores National Bank | : | |
| And Ronda J. Winnecour, Chapter 13 | : | |
| Trustee, | : | |
|             Respondents | : | |

## **CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR HARDSHIP DISCHARGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 8, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the said Motion appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than September 25, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: September 26, 2023                                       Respectfully submitted,

                                                                             /s/Shawn N. Wright
                                                                            Shawn N. Wright, Esquire
                                                                             Attorney for Debtor
                                                                             7240 McKnight Road
                                                                             Pittsburgh, PA 15237
                                                                             (412) 920-6565
                                                                             Pa. I.D. No. 64103
                                                                             shawn@shawnwrightlaw.com