FILED
9/27/23 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Anita E. Castillo, | : | BK NO.: 18-23689-glt |
|         Debtor | : | |
| Anita E. Castillo, | : | Chapter 13 |
|         Movant | : | |
| vs. | : | Related Dkt. No. 51 |
| | : | |
| Bank of New York Mellon; Toyota Financial Services; Duquesne Light Company; Citibank Sears: Discover Bank; Scolopax; TD Retail Bank; One Main Financial; Cavalry Portfolio; Verizon; Department Stores National Bank And Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|         Respondents | : | |

Default

### ORDER OF COURT

And now, this __27th__ day of __September__, 2023, upon Debtor's Motion for Hardship Discharge, it is hereby ORDERED and ADJUDGED, that the Debtor is granted a discharge under Section 1328(b) of Title 11, United States Bankruptcy Code.

Prepared by: __Shawn Wright, Esq.__

**DEFAULT ENTRY**

Dated: September 27, 2023

_____
Gregory Taddonio        hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anita E. Castillo  
    Debtor

Case No. 18-23689-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 28, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita E. Castillo, 316 Broadway Avenue, Mc Kees Rocks, PA 15136-3002 |
| 14917214 | | Lendmark, 6538 Steubenville Pike, Mc Kees Rocks, PA 15136 |
| 14917217 | + | Ocwen Federal Bank, Attn: Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 01:14:00 | Cavalry SPV l LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 29 2023 01:11:00 | PHH Mortgage Corporation, Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 29 2023 01:12:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14918976 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 01:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14917211 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:09:15 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14917216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 03:14:55 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 14955761 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 01:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14917212 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14923209 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14952080 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14917213 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:48:07 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14925317 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 29 2023 01:10:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 14931579 | | Email/PDF: cbp@omf.com | Sep 29 2023 01:29:01 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14917218 | + | Email/PDF: cbp@omf.com | Sep 29 2023 01:10:34 | One Main Bank, PO Box 1010, Evansville, IN 47706-1010 |
| 14917802 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 18-23689-GLT    Doc 60    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 29 2023 01:26:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15423880 | + | Email/Text: bncmail@w-legal.com | Sep 29 2023 01:12:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14945784 | + | Email/Text: tdebn@credbankserv.com | Sep 29 2023 01:11:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14917219 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2023 01:12:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 15326935 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 29 2023 01:11:00 | The Bank of New York Mellon c/o, PHH Mortgage Corporation, Bankruptcy department, PO box 24605, West Palm Beach, FL 33416-4605 |
| 14954873 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 29 2023 01:11:00 | The Bank of New York Mellon,, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14931219 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14949931 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:29:47 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, et.al. |
| cr | | Toyota Motor Credit Corporation |
| 14917215 | | Littman Jewelers |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                        jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                        on behalf of Debtor Anita E. Castillo shawn@shawnwrightlaw.com
                        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
                        on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. pawb@fedphe.com

TOTAL: 6