IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANITA E. CASTILLO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>        vs.<br>No Respondents. | Case No.:18-23689 GLT<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b)
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case. The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

   (a) Approve the Trustee's Report of Receipts and Disbursements,
   (b) Revest property of the estate with the debtor(s),
   (c) Terminate wage attachments, and
   (d) Enter a final decree and close this case.

10/26/2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/18/2018 and confirmed on 10/31/18. The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,761.53 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,761.53 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,277.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,277.68 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 27,285.41 | 27,285.41 | 0.00 | 27,285.41 |
|     Acct: 5501 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 46,023.77 | 46,023.77 | 5,981.16 | 52,004.93 |
|     Acct: 9688 | | | | |
| | | | | 79,290.34 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANITA E. CASTILLO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 494.99 | 494.99 | 0.00 | 494.99 |
|     Acct: 9688 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 578.08 | 578.08 | 0.00 | 578.08 |
|     Acct: 9688 | | | | |
| | | | | 1,073.07 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 38.23 | 8.77 | 0.00 | 8.77 |
|     Acct: 0183 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISCOVER BANK(*) | 2,507.54 | 575.21 | 0.00 | 575.21 |
|     Acct: 5870 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOLOPAX LLC | 1,286.64 | 295.15 | 0.00 | 295.15 |
|     Acct: 0739 | | | | |
|   TD RETAIL CARD SERVICES | 939.31 | 215.47 | 0.00 | 215.47 |
|     Acct: 2531 | | | | |

18-23689 GLT    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ONE MAIN FINANCIAL SERVICES INC A/S/ | 8,616.21 | 1,976.49 | 0.00 | 1,976.49 |
| Acct: 7202 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0338 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 215.14 | 49.35 | 0.00 | 49.35 |
| Acct: 0001 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,245.58 | 0.00 | 0.00 | 0.00 |
| Acct: 4677 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9690 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,120.44 |

| TOTAL PAID TO CREDITORS | | | | 83,483.85 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY           1,073.07
SECURED           73,309.18
UNSECURED        14,848.65

Date: 10/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANITA E. CASTILLO

        Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:18-23689 GLT
Chapter 13

Document #_____

## ORDER OF COURT

    AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23689-GLT |
| Anita E. Castillo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita E. Castillo, 316 Broadway Avenue, Mc Kees Rocks, PA 15136-3002 |
| 14917214 | | Lendmark, 6538 Steubenville Pike, Mc Kees Rocks, PA 15136 |
| 14917217 | + | Ocwen Federal Bank, Attn: Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Oct 28 2023 00:04:00 | Cavalry SPV l LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 28 2023 00:03:00 | PHH Mortgage Corporation, Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | | Email/Text: bncmail@w-legal.com | Oct 28 2023 00:03:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14918976 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2023 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14917211 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:13:54 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14917216 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:13:46 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 14955761 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2023 00:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14917212 | | Email/Text: mrdiscen@discover.com | Oct 28 2023 00:03:00 | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14923209 | | Email/Text: mrdiscen@discover.com | Oct 28 2023 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14952080 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14917213 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:02:47 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14925317 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 28 2023 00:03:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 14931579 | | Email/PDF: cbp@omf.com | Oct 28 2023 00:02:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14917218 | + | Email/PDF: cbp@omf.com | Oct 28 2023 00:02:18 | One Main Bank, PO Box 1010, Evansville, IN 47706-1010 |
| 14917802 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 18-23689-GLT    Doc 64    Filed 10/29/23    Entered 10/30/23 00:25:43    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2023 00:13:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15423880 | + | Email/Text: bncmail@w-legal.com | Oct 28 2023 00:03:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14945784 | + | Email/Text: tdebn@credbankserv.com | Oct 28 2023 00:03:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14917219 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 28 2023 00:03:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 15326935 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 28 2023 00:03:00 | The Bank of New York Mellon c/o, PHH Mortgage Corporation, Bankruptcy department, PO box 24605, West Palm Beach, FL 33416-4605 |
| 14954873 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 28 2023 00:03:00 | The Bank of New York Mellon,, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14931219 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 28 2023 00:03:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14949931 | | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:14:07 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, et.al. |
| cr | | Toyota Motor Credit Corporation |
| 14917215 | | Littman Jewelers |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2023                Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 25 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Anita E. Castillo shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON  et.al. pawb@fedphe.com


TOTAL: 6